**Order entered October 9, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00439-CV

### QBE AMERICAS, INC. AND SONIA DIAZ, Appellants

### V.

### DEYLAN WALKER, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-14300**

## ORDER

Before the Court is appellants' October 7, 2020 motion for extension of time to file their reply brief. We **GRANT** the motion and **ORDER** appellants' reply brief be filed no later than November 2, 2020.

/s/     BILL WHITEHILL
        JUSTICE